UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

IN RE:
PAUL BRIAN FREE } Case No. 10-70232 - RBK
and ALICE SHARLENE FREE } (Chapter 13)
}
DEBTOR(S)

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW Gary Norwood, Chapter 13 Trustee, and reports the following:

1. Ninety (90) days or more have passed since the final distribution under 11 U.S.C. Section 1326 was made in this case. Payment on all checks remaining unpaid has been stopped. The names of the persons and/or entities to which distribution check(s) were issued but not negotiated, their last known addresses, and the amounts are:

| Name of Party | Address | Amount of Check(s) |
|---|---|---|
| Sallie Mae ECFC | c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre PA 18706 | $284.71 |

2. The Trustee's check for $284.71 payable to the United States Bankruptcy Clerk is tendered to the Clerk of the Court pursuant to Section 347 of the Bankruptcy Code. The list above contains the names, addresses, and the amounts that persons and/or entities are entitled to be paid from the estate that is so paid into the court.

Respectfully submitted this 25th day of January, 2016.

GARY NORWOOD
CHAPTER 13 TRUSTEE
Post Office Box 2331
Midland TX 79702-2331
Telephone: (432) 686-9452
Facsimile: (432) 686-9460

By: /s/ Gary Norwood
Gary Norwood

CERTIFICATE OF SERVICE

    I hereby certify that on the 25th day of January 2016, I mailed by United States Mail, postage prepaid, copies of the foregoing <u>Trustee's Notice to Pay Unclaimed Funds Into the Court</u> to the following persons at the addresses shown:

<u>CREDITOR</u>:
Sallie Mae ECFC
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre PA 18706

<u>DEBTOR</u>:
Paul Free and Alice Free
4708 Woodhollow
Midland TX 79707-2611

<u>ATTORNEY FOR DEBTOR</u>:
Bruce Evan Foster
Attorney at Law
125 North Fort Worth Street
Midland TX  79701-5378

<u>UNITED STATES TRUSTEE</u>:
United States Trustee
615 East Houston STE 533
PO Box 1539
San Antonio TX  78295-1539

/s/ Gary Norwood
Gary Norwood